IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| L & S MEATS, LLC, | ) | Case No. 7:11-cv-5011 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| M & R CATTLE COMPANY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

NOW on this 22nd of January, 2013, the parties' Stipulation for Dismissal (Filing No. 30) came on to be heard by the court. The court, being duly advised, orders that this case shall be dismissed with prejudice, with each party to pay their own costs.

BY THE COURT

s/ Joseph F. Bataillon
U.S. District Court Judge